JOSEPH KANTOR, as Trustee, Respondent, *v.* ISADORE JANOWITCH et al., Defendants, and NATIONAL CITY BANK OF NEW YORK et al., as Executors of AARON LIPPER, Deceased, Appellants.

Submitted September 30, 1940; decided October 8, 1940.

*John J. Sweedler* for motion.

*Reuben Golin* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground the order is not final.

In the Matter of the Will of FRANK GORHAM, SR., Deceased.

MARGARET G. OLENA, Appellant and Respondent; BERTHA S. GORHAM, Individually and as Executrix of FRANK GORHAM, JR., Deceased, Respondent and Appellant.

Submitted September 30, 1940; decided October 8, 1940.

Motion for reargument and a stay denied, with ten dollars costs and necessary printing disbursements. (See 283 N. Y. 399.)